IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Dianne

Printed: 9/23/08

Case Number: 07 B 16055
Judge: Wedoff, Eugene R
Filed: 9/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,483.88 |  |
| Secured: |  | 300.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,038.50 |
| Trustee Fee: |  | 203.35 |
| Other Funds: |  | 942.03 |
| Totals: | 4,483.88 | 4,483.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,038.50 | 3,038.50 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 1,824.05 | 150.00 |
| 5. | Great American Finance Company | Secured | 2,155.31 | 150.00 |
| 6. | Litton Loan Servicing | Secured | 5,153.85 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 1,406.76 | 0.00 |
| 8. | Target National Bank | Unsecured | 74.99 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 1,460.67 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 72.65 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 33.86 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 121.89 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,202.72 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 15. | Conseco Finance Servicing Corp | Unsecured |  | No Claim Filed |
| 16. | HSBC | Unsecured |  | No Claim Filed |
| 17. | Citi Cards | Unsecured |  | No Claim Filed |
| 18. | Target | Unsecured |  | No Claim Filed |
| 19. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,545.25 | $ 3,338.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 131.92 |
| 6.5% | 71.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Turner, Dianne

Printed:  9/23/08

Case Number:  07 B 16055
Judge:  Wedoff, Eugene R
Filed:  9/4/07

_____
$ 203.35

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____